

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LUCCHESE BOOT COMPANY, LUCCHESE, INC., JOSE ANGEL VELARDE, and JOSE ANGEL VALADAZ , | § § § | No. 08-14-00230-CV |
| | § | Appeal from the |
| Appellants, | § | 34th District Court |
| v. | § | of El Paso County, Texas |
| HECTOR RODRIGUEZ, | § | (TC# 2008-797) |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for further proceeding, in accordance with this Court's opinion. We further order that Appellants recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF JULY, 2015.


YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, J., and Barajas, Senior Judge
Barajas, Senior Judge (Sitting by Assignment)